**FILED**
JUN 04 2020
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Joan Bridenhagen )
 ) United States District Court
 ) Northern District of Illinois
Plaintiff )
 ) Judge Charles Kocoras
v. ) 19:CV:03872
Department of )
Homeland Security ) May 23, 2020
 )
Defendant )

## COMPLAINT

Motion For continuing activity on case19cv03872 activity for motion for attorney representation in the specialized area of law that the help desk said I need, Informa Pauperis, The Subpoena question for identity cell phone theft on Police report for Verizon account, Exhibit for PIN Credentials From U.S. Army Helicopter Pilot Activity in Honduras in 1984 from the legal Premises that PIN Credentials that 'could have' been assigned outside the military the Pilot's Separation from the Contractual Civilian Authority that a specialized area of the Law in §52 STATUTE a(4)b,c,d, FOIA Exhaustion of Remedies can explain. that this pro se writes and the merits of Vaughn Indexing that provides, as, I understand it

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | |
|---|---|
| JOHN BRIDENHAGEN )<br>Plaintiff )<br>)<br>v. )<br>Department of )<br>Homeland Security )<br>Defendant ) | **United States District Court**<br>**Northern District of Illinois**<br><br>Judge Charles Kocoras<br>Case number 19CV 03872<br><br>May 23, 2020 |

## COMPLAINT

To open the Judicial Review Process with Amended filing with the correct filing plaintiff that allow the in matter de novo to move foward and into withholding as reading for the agency as defendant to explain in the Judicial Review Process and the other agencies to ask or have anything that may be relavant. (Americus Curaie). (FTC, and any other federal agency, entity, privately structured and or legally structured foundation identify.

After reading the pro se guidelines and the statute 552 a, (4) b, c, d, the witholding in the statute. The FOIA status and case law law research website within Judicial Watch, efg.org given to and recommended by Hibbler Help Desk. The Cognitive Communication Disorder known a Formal Medicare Diagnosis, and accompanying Syndrome slows down writing process, reading, verbal

| | |
|---|---|
| JOHN BRIDENHAGEN )<br>Plaintiff )<br> )<br>v. )<br>Department of )<br>Homeland Security )<br>Defendant ) | **United States District Court**<br>**Northern District of Illinois**<br>Judge Charles Kocuras<br>19 CV 03872<br>Case Number<br>May 23, 2020 |

## COMPLAINT

abilities/has taken about six hours start to proofread edit, write these pages.

In conclusion the need to have intake with a specialized area of law professional to interpret the complexities of the needs of the matter de novo also rests with the Court board magistrates decision to explain the cognizable Honduran OAS agreement and non disclosure of sensitive areas of information that might be vel non and cognizable within the statute paragraph referring to withholding. §524(b) of statute regarding. FOIA Title 5552 per help desk guidance. According to reports of State Department policy and sensitive era of the Ira Contra Hearings and Defense Department authorization for fiscal years 1987. Per Senator Denton Fact finding tour

Case: 1:19-cv-03872 Document #: 84 Filed: 06/04/20 Page 4 of 4 PageID #:222

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

—4—

| | |
|---|---|
| John Bridenhagen<br>Plaintiff<br><br>v.<br><br>Department of<br>Homeland Security<br>Defendant | **United States District Court**<br>**Northern District of Illinois**<br><br>Judge Charles Kocoras<br>19 cv 03872<br>May 23, 2020 |

## COMPLAINT

report in support of Central American Foreign Policy and Operation Thunder through 1989.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]