## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Bridenhagen
                    Plaintiff,

v.                                     Case No.: 1:19−cv−03872
                                                      Honorable Charles P. Kocoras

Susan Boyden
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion to extend time [16] is granted. Motion for attorney representation [20] is denied as moot. Motion for continuing activity [34] is denied. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.